UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

WIL ADALBERTO VILLATARO,

    Petitioner,

v.

    No. 6:26-CV-185-H

MARKWAYNE MULLIN, et al.,

    Respondents.

### ORDER OF DISMISSAL

Before the Court is the petitioner's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the petition without prejudice. Because the respondents had not filed an answer or motion for summary judgment at the time of filing,[1] the petition is dismissed without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees. The Clerk of Court is directed to close the case.

So ordered on June 10, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] The respondents filed a response after the voluntary-dismissal notice agreeing that dismissal is warranted. Dkt. No. 8; see Int'l Driver Training Inc. v. J-BJRD, Inc., 202 F. App'x 714, 715–16 (5th Cir. 2006).